UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON.PATRICK J.DUGGAN
CASE NO.04-80480-1

UNITED STATES OF AMERICA,

-V-

HANI MORTADA,

_____/

ORDER EXTENDING REPORTING DATE

The defendant having filed a Motion to Delay Reporting Date and the Government

having no objection; therefore

IT IS ORDERED that the defendant report to the institution designated by the

Bureau of Prisons on Wednesday, September 24, 2008 by 12:00 noon.


s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated:  June 17, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record
on June 17, 2008, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager